UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARL PRINCE, | ) |
| Petitioner, | ) ) |
| | ) No. 3-15-0955 |
| v. | ) Senior Judge Haynes |
| | ) |
| 23rd JUDICIAL DISTRICT ATTORNEY GENERAL'S OFFICE, et al., | ) ) ) |
| Respondents. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 14). The Report and Recommendation recommends that Petitioner's motion to amend the habeas corpus application (Docket Entry No. 10) be granted, that Petitioner's habeas corpus claims be denied for failure to exhaust, that the Court abstain from considering Petitioner's civil rights claims at this time, and that this action be dismissed without prejudice. Petitioner has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Petitioner's motion to amend the habeas corpus application and civil rights claim (Docket Entry No. 10) is **GRANTED in part and DENIED in part.** This action is **DISMISSED without prejudice.**

It is so **ORDERED.**

ENTERED this the ____ day of December, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge